Dismissed and Opinion filed September 8, 2005









Dismissed and Opinion filed September 8, 2005.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00290-CV

____________

 

ROSE GUTIERREZ, Appellant

 

V.

 

WDOP SUB ONE L.P. and WMC MANAGEMENT COMPANY, L.L.C., Appellees

 



 

On
Appeal from the 127th District Court

Harris
County, Texas

Trial
Court Cause No. 03-49004

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed January 26, 2005.

On August 2, 2005, notification was transmitted to all
parties of the Court=s intent to dismiss the appeal for failing to comply with
this court=s orders of May 12, 2005, and July
14, 2005, which ordered the parties to mediation and required the parties
either to agree on a mediator or to submit the names of acceptable
mediators.  See Tex. R. App. P. 42.3(c).

Appellant filed no response to the court=s August 2, 2005, notice.








Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

Judgment rendered and Opinion
filed September 8, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.

Do Not Publish.